# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Third Degree Films, Inc.

                     Plaintiff,

v.                                   Case No.: 1:12–cv–04668

                                   Honorable Virginia M. Kendall

John Does 1–4

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 5, 2012:

      MINUTE entry before Honorable Virginia M. Kendall:Motion for extension of time [27] to serve defendant John Doe 3 is granted. This is a final extension. Status hearing held on 12/5/2012 and continued to 1/8/2013 at 09:00 AM.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.